UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAAZIM COOPER ALSO KNOWN AS
KAAZIN COOPER ALSO KNOWN AS
KAZZIM COOPER,

                Plaintiff,

-against-

NYPD DETECTIVE BRENGIE VASQUEZ
1169; JOHN DOE NYPD OFFICERS; CITY
OF NEW YORK,

                Defendants.

24cv6702 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 3, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 5, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge